.

BRIAN SCOTT HODGE
LAURA BETH HODGE
132 PROVONCE PARK
BRANDON, MS 39042

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
LOCKBOX 6112
 PO BOX7247
PHILADELPHIA, PA 19170

SOFI LENDING CORP
ATTN: BANKRUPTCY
633 SPIRIT DRIVE
CHESTERFIELD, MO 63005

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

SYNCHRONY BANK
ATTN: BANKRUPTCY
POB 965064
ORLANDO, FL 32896

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

TRUSTMARK NATIONAL
248 EAST CAPITOL ST
JACKSON, MS 39201

ASHLEIGH HODGE
132 PROVONCE PARK
BRANDON, MS 39042

MISSISSIPPI FED CU
2500 NORTH STATE ST
JACKSON, MS 39216

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY STREET
 23RD FLOOR
SAN FRANCISCO, CA 94111

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

REACH FINANCIAL
ATTN: BANKRUPTCY
180 MIADEN LANE
 STE 2801
NEW YORK, NY 10038

UPSTART NETWORK INC
P.O. BOX 1503
SAN CARLOS, CA 94070

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

REPRISE FINANCIAL
P O BOX 660252
DALLAS, TX 75266

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-00

CITIBANK
PO BOX 790040
ST LOUIS, MO 63179

RIVERTRUST FCU
PO BOX 97997
PEARL, MS 39288

US DEPT OF EDUCATION
PO BOX 5609
WILKES BARRE, PA 18773

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

ROCKET LOANS
ATTN: BANKRUPTCY
1050 WOODWARD AVE
DETROIT, MI 48226

US DEPT OF EDUCATION
C/O U.S. ATTORNEY
501 E. COURT ST
STE 4.430
JACKSON, MS 39201

GM FINANCIAL
801 CHERRY STREET
 STE. 3600
FORT WORTH, TX 76102

SHEFFIELD FINANCIAL CO
PO BOX 849
WILSON, NC 27894