# J.D. POWER

5/7/2025

**J.D. POWER Used Cars/Trucks**

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2019 Chevrolet Traverse Utility 4D LT Leather 3.6L V6 |
| Region: | Southeastern |
| Period: | May 7, 2025 |
| VIN: | 1GNERHKW1KJ129168 |
| Mileage: | 124,000 |
| Base MSRP: | $39,100 |
| Typically Equipped MSRP: | $43,390 |

## J.D. POWER Used Cars/Trucks Values

| Monthly Used | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| Rough Trade-In | $16,275 | -$3,100 | $350 | **$13,525** |
| Average Trade-In | $17,625 | -$3,100 | $350 | **$14,875** |
| Clean Trade-In | $18,725 | -$3,100 | $350 | **$15,975** |
| Clean Loan | $16,875 | -$3,100 | $350 | **$14,125** |
| Clean Retail | $21,200 | -$3,100 | $375 | **$18,475** |

## Selected Options

| | Trade-In/Loan | Retail |
|---|---|---|
| Luggage Rack | $50 | $50 |
| Power Sunroof [VIN Precision+] | $300 | $325 |

J.D. Power Used CarGuide assumes no responsibility or liability for any errors or omissions or any revisions or additions made by anyone on this report. ©2021 J.D.Power