MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
# Southern District of Mississippi

In re: Brian Scott Hodge  
Laura Beth Hodge  
*Debtor(s)*

Case No.: 25-01128-JAW

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Americredit Financial Services, Inc. d/b/a GM Financial, a  
[Name of Corporate Party]

**[Check One]**

[✔] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[✔] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> General Motors Financial Company, Inc.  
> General Motors Holdings, LLC  
> General Motors Company

**OR**

[ ] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 07/09/2025

/s/ Jacob Zweig  
Attorney Signature

Jacob Zweig  
Attorney Name

104725  
State Bar Number

1715 Aaron Brenner Drive, Suite 800  
Address

Memphis, TN 38120  
City, State, and Zip Code

(901) 271-0726  
Telephone Number

jzweig@evanspetree.com  
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**