

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 15, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| IN RE:<br><br>BRIAN SCOTT HODGE<br>LAURA BETH HODGE<br><br>Debtors. | CASE NO. 25-01128-JAW<br>CHAPTER 13 |

## AGREED ORDER RESOLVING
## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#18)

THIS MATTER having come on for consideration of the Objection to Confirmation of Chapter 13 Plan (Dkt.#18) filed on behalf of AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), the record herein and the stipulations of counsel for the Debtors and counsel for GM Financial, and the Court being further advised that the parties have reached an agreement resolving GM Financial's Objection; it is therefore

**ORDERED, ADJUDGED AND DECREED** that GM Financial's secured claim with respect to the Debtors' 2019 Chevrolet Traverse, VIN: 1GNERHKW1KJ129168 ("Vehicle"), shall be valued at $16,627.50, which secured claim amount shall be allowed and paid, together with *Till* interest of 10.0%, through the Debtors' Chapter 13 Plan.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the remainder of GM Financial's claim in this Chapter 13 case shall be treated as a general unsecured claim subject to the payment of such percentage as the Plan provides as confirmed or hereafter modified.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Debtors shall pay to the Chapter 13 Trustee monthly pre-confirmation adequate protection payments in the amount of $166.27, applicable to GM Financial, commencing with the August, 2025 Plan

payment.  Upon receipt, the Chapter 13 Trustee will disburse the adequate protection payment to GM Financial.  In the event of dismissal of this case, the Chapter 13 Trustee will disburse any received and held adequate protection payments to GM Financial.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with 11 U.S.C. § 1325(a)(5)(B)(i), GM Financial shall not be required to release its lien on the Vehicle until the earlier of payment of the underlying debt determined under nonbankruptcy law or discharge under 11 U.S.C. § 1328.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Agreed Order shall supersede and control the amount and interest to be paid on GM Financial's secured claim under the Debtors' Chapter 13 Plan to the extent any subsequent Plan filed by the Debtors in the future is inconsistent.

##END OF ORDER##

AGREED TO AND APPROVED FOR ENTRY:

/s/Jacob Zweig
Jacob Zweig (MS Bar No. 104725)
Attorney for GM Financial
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Attorney for GM Financial


/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr
Attorney for Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236


/s/ Semoune Ellis
Semoune Ellis (MS Bar No. 105303)
Staff Attorney
Torri Parker Martin, Chapter 13 Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201