United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-01128-JAW
Brian Scott Hodge  Chapter 13
Laura Beth Hodge
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jul 15, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

**Recip ID     Recipient Name and Address**
db/jdb     + Brian Scott Hodge, Laura Beth Hodge, 132 Provonce Park, Brandon, MS 39042-5008

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

**Name     Email Address**

Jacob C Zweig
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com, mstevens@evanspetree.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Laura Beth Hodge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Brian Scott Hodge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
    tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com

District/off: 0538-3 User: mssbad Page 2 of 2
Date Rcvd: Jul 15, 2025 Form ID: pdf012 Total Noticed: 1

United States Trustee
                USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5



SO ORDERED,

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: July 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| IN RE:<br><br>BRIAN SCOTT HODGE<br>LAURA BETH HODGE<br><br>Debtors. | CASE NO. 25-01128-JAW<br>CHAPTER 13 |

# AGREED ORDER RESOLVING
# OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN (#18)

THIS MATTER having come on for consideration of the Objection to Confirmation of Chapter 13 Plan (Dkt.#18) filed on behalf of AmeriCredit Financial Services, Inc. dba GM Financial ("GM Financial"), the record herein and the stipulations of counsel for the Debtors and counsel for GM Financial, and the Court being further advised that the parties have reached an agreement resolving GM Financial's Objection; it is therefore

**ORDERED, ADJUDGED AND DECREED** that GM Financial's secured claim with respect to the Debtors' 2019 Chevrolet Traverse, VIN: 1GNERHKW1KJ129168 ("Vehicle"), shall be valued at $16,627.50, which secured claim amount shall be allowed and paid, together with *Till* interest of 10.0%, through the Debtors' Chapter 13 Plan.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the remainder of GM Financial's claim in this Chapter 13 case shall be treated as a general unsecured claim subject to the payment of such percentage as the Plan provides as confirmed or hereafter modified.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Debtors shall pay to the Chapter 13 Trustee monthly pre-confirmation adequate protection payments in the amount of $166.27, applicable to GM Financial, commencing with the August, 2025 Plan

payment.  Upon receipt, the Chapter 13 Trustee will disburse the adequate protection payment to GM Financial.  In the event of dismissal of this case, the Chapter 13 Trustee will disburse any received and held adequate protection payments to GM Financial.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, in accordance with 11 U.S.C. § 1325(a)(5)(B)(i), GM Financial shall not be required to release its lien on the Vehicle until the earlier of payment of the underlying debt determined under nonbankruptcy law or discharge under 11 U.S.C. § 1328.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Agreed Order shall supersede and control the amount and interest to be paid on GM Financial's secured claim under the Debtors' Chapter 13 Plan to the extent any subsequent Plan filed by the Debtors in the future is inconsistent.

##END OF ORDER##

AGREED TO AND APPROVED FOR ENTRY:

/s/Jacob Zweig
Jacob Zweig (MS Bar No. 104725)
Attorney for GM Financial
Evans Petree PC
1715 Aaron Brenner Drive, Suite 800
Memphis, TN 38120
Attorney for GM Financial


/s/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr
Attorney for Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236


/s/ Semoune Ellis
Semoune Ellis (MS Bar No. 105303)
Staff Attorney
Torri Parker Martin, Chapter 13 Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201