United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                         Case No. 25-01128-JAW
Brian Scott Hodge                                            Chapter 13
Laura Beth Hodge
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                            User: mssbad                                 Page 1 of 3
Date Rcvd: Jul 17, 2025                      Form ID: n031                           Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol**        **Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Scott Hodge, Laura Beth Hodge, 132 Provence Park, Brandon, MS 39042-5008 |
| cr | + | AmeriCredit Financial Services, Inc. dba GM Financ, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 5506027 | + | Ashleigh Hodge, 132 Provence Park, Brandon, MS 39042-5008 |
| 5528513 | + | FinWise Bank, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5528515 | + | FinWise Bank, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5510781 | | Luminarx Skyfi Iii Holdings 2025 Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5506039 | + | Rivertrust FCU, Po Box 97997, Pearl, MS 39288-7997 |
| 5527973 | + | RockLoans Marketplace LLC dba Rocket Loans as, servicer for Cross River Bank, RockLoans Marketplace LLC, 1050 Woodward Ave, Detroit MI 48226-3573 |
| 5506048 | | US Dept of Education, PO Box 5609, Wilkes Barre, PA 18773 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5509263 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Jul 17 2025 19:37:00 | | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5532213 | + | Email/PDF: acg.acg.ebn@aisinfo.com<br>Jul 17 2025 19:40:21 | | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506026 | + | Email/Text: ally@ebn.phinsolutions.com<br>Jul 17 2025 19:37:00 | | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5506028 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com<br>Jul 17 2025 19:40:19 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5517562 | + | Email/PDF: ebn_ais@aisinfo.com<br>Jul 17 2025 19:40:15 | | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5506029 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Jul 17 2025 19:40:22 | | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5506030 | + | Email/PDF: Citi.BNC.Correspondence@citi.com<br>Jul 17 2025 19:40:22 | | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5506031 | + | Email/PDF: creditonebknotifications@resurgent.com<br>Jul 17 2025 19:40:15 | | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5506034 | | Email/Text: sbse.cio.bnc.mail@irs.gov<br>Jul 17 2025 19:37:00 | | Department of Treasury - Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5506032 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM<br>Jul 17 2025 19:37:00 | | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 5506033 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com<br>Jul 17 2025 19:37:00 | | Goldman Sachs Bank USA, Attn: Bankruptcy, |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2025 | Form ID: n031 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| | | | Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 5506035 | + Email/Text: ebone.woods@usdoj.gov | Jul 17 2025 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5527853 | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 17 2025 19:37:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5529181 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 17 2025 19:40:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5506042 | Email/Text: EBN@Mohela.com | Jul 17 2025 19:37:00 | Sofi Lending Corp, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5506036 | + Email/Text: collectionsdepartment@msfcu.us | Jul 17 2025 19:37:00 | Mississippi Fed CU, P.O. Box 55889, Jackson, MS 39296-5889 |
| 5508720 | Email/Text: bankruptcy@reprisefinancial.com | Jul 17 2025 19:37:00 | Reprise Financial, 8333 Ridgepoint Drive #150, Irving, TX 75063 |
| 5506037 | ^ MEBN | Jul 17 2025 19:32:06 | Reach Financial, Attn: Bankruptcy, 180 Miaden Lane, Ste 2801, New York, NY 10038-4968 |
| 5506038 | ^ MEBN | Jul 17 2025 19:32:11 | Reprise Financial, P O Box 660252, Dallas, TX 75266-0252 |
| 5506040 | + Email/Text: OpsEscalations@RocketLoans.com | Jul 17 2025 19:37:00 | Rocket Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5506041 | + Email/Text: bankruptcy@bbandt.com | Jul 17 2025 19:37:00 | Sheffield Financial Co, Po Box 849, Wilson, NC 27894-0849 |
| 5515082 | Email/Text: bankruptcy@bbandt.com | Jul 17 2025 19:37:00 | Sheffield Financial, a division of Truist Bank, Bankruptcy Section 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5506043 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 17 2025 19:40:18 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5506044 | Email/Text: bankruptcynotices@trustmark.com | Jul 17 2025 19:37:00 | Trustmark National, 248 East Capitol St, Jackson, MS 39201 |
| 5506045 | Email/Text: bknotice@upgrade.com | Jul 17 2025 19:37:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 5506047 | ^ MEBN | Jul 17 2025 19:31:57 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5506049 | + Email/Text: ebone.woods@usdoj.gov | Jul 17 2025 19:37:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5506046 | + Email/Text: LCI@upstart.com | Jul 17 2025 19:37:00 | Upstart Network Inc, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 5508537 | ^ MEBN | Jul 17 2025 19:31:57 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 29

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jul 17, 2025 | Form ID: n031 | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2025     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2025 at the address(es) listed below:**

**Name** **Email Address**

Jacob C Zweig
on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com, mstevens@evanspetree.com

Thomas Carl Rollins, Jr
on behalf of Joint Debtor Laura Beth Hodge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
on behalf of Debtor Brian Scott Hodge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Torri Parker Martin
tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com

United States Trustee
USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−01128−JAW
**Chapter:** 13

**In re:**

Brian Scott Hodge
aka Brian S Hodge
132 Provence Park
Brandon, MS 39042

Laura Beth Hodge
132 Provence Park
Brandon, MS 39042

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 07/17/2025 (Dkt. # 23 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: July 17, 2025

Danny L. Miller, Clerk of Court