IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Brian Scott Hodge                                               Case No. 25-01128-JAW
         Laura Beth Hodge, Debtors                                                  CHAPTER 13

## NOTICE

Debtors have filed papers with the court to adjust the plan payments. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Adjust Plan Payment.

Date: July 22, 2025        Signature:        /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)
                                              Jennifer Ann Curry Calvillo (MSBN 104367)
                                              The Rollins Law Firm, PLLC
                                              P.O. Box 13767
                                              Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Brian Scott Hodge                                    Case No. 25-01128-JAW
         Laura Beth Hodge, Debtors                            CHAPTER 13

## MOTION TO AJUST PLAN PAYMENT

COME NOW, Debtors, by and through counsel, and move this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on May 1, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The bar date for filing proof of claims was July 10, 2025, for all creditors and October 28, 2025, for government entities.

3. That all expected government claims have been filed.

4. That Debtor's monthly plan payment should be recalculated to only pay timely filed claims over the full sixty (60) months of the plan.

WHEREFORE, Debtors prays that the Trustee recalculate the plan payment to pay only the timely filed claims over the full sixty (60) months through their bankruptcy plan and for such additional or alternative relief as may be just and proper.

                                        Respectfully submitted

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Adjust Plan Payment was forwarded on July 22, 2025, to:

By Electronic CM/ECF Notice:

    Chapter 13 Case Trustee

    U.S. Trustee

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-01128 |
|---|---|
| BRIAN SCOTT HODGE<br>LAURA BETH HODGE | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 7/22/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Adjust Plan Payments

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/22/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>BRIAN SCOTT HODGE<br>LAURA BETH HODGE | CASE NO: 25-01128<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 7/22/2025, a copy of the following documents, described below,

Notice and Motion to Adjust Plan Payments

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/22/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                              EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING    AMERICREDIT FINANCIAL SERVICES   INC DBA            US BANKRUPTCY COURT
NCRS ADDRESS DOWNLOAD               GM                                                  THAD COCHRAN US COURTHOUSE
CASE 25-01128                       1715 AARON BRENNER DRIVE   SUITE 800                501 E COURT STREET
SOUTHERN DISTRICT OF MISSISSIPPI    MEMPHIS   TN 38120-1445                             SUITE 2300
TUE JUL 22 11-0-9 PST 2025                                                              JACKSON   MS 39201-5036




ALLY CAPITAL CO AIS PORTFOLIO SERVICES   ALLY FINANCIAL   INC               (P)AMERICREDIT FINANCIAL SERVICS DBA G
LLC                                      ATTN BANKRUPTCY                    FINANCIAL
4515 N SANTA FE AVE DEPT APS             PO BOX 380901                      PO BOX 183853
OKLAHOMA CITY   OK 73118-7901            BLOOMINGTON   IL 55438-0901        ARLINGTON TX 76096-3853




ASHLEIGH HODGE                     CAPITAL ONE                        CAPITAL ONE   NA
132 PROVONCE PARK                  ATTN BANKRUPTCY                    BY AIS INFOSOURCE LP AS AGENT
BRANDON   MS 39042-5008            PO BOX 30285                       4515 N SANTA FE AVE
                                   SALT LAKE CITY   UT 84130-0285     OKLAHOMA CITY   OK 73118-7901




CITI CARD                          CITIBANK                           CREDIT ONE BANK
PO BOX 790040                      PO BOX 790040                      6801 CIMARRON RD
ST LOUIS   MO 63179-0040           ST LOUIS   MO 63179-0040           LAS VEGAS   NV 89113-2273




DEPARTMENT OF TREASURY   INTERNAL  FINWISE BANK                               FINWISE BANK
REVENUE SE                         JEFFERSON CAPITAL SYSTEMS   LLC ASSIGNEE   JEFFERSON CAPITAL SYSTEMS   LLC ASSIGNE
CENTRALIZED INSOLVENCY             PO BOX 7999                                PO BOX 7999
PO BOX 7346                        SAINT CLOUD   MN 56302-7999                ST CLOUD   MN 56302-7999
PHILADELPHIA   PA 19101-7346




GM FINANCIAL                       GOLDMAN SACHS BANK USA             INTERNAL REVENUE SERVI
801 CHERRY STREET                  ATTN BANKRUPTCY                    CO US ATTORNEY
STE 3600                           LOCKBOX 6112                       501 EAST COURT ST
FORT WORTH   TX 76102-6855         PO BOX7247                         STE 4430
                                   PHILADELPHIA   PA 19170-0001       JACKSON   MS 39201-5025




(P)JEFFERSON CAPITAL SYSTEMS LLC   LVNV FUNDING   LLC                 LUMINARX SKYFI III HOLDINGS 2025 TRUST
PO BOX 7999                        RESURGENT CAPITAL SERVICES         RESURGENT CAPITAL SERVICES
SAINT CLOUD MN 56302-7999          PO BOX 10587                       PO BOX 10587
                                   GREENVILLE   SC 29603-0587         GREENVILLE   SC 29603-0587




MISSISSIPPI FED CU                 REACH FINANCIAL                    (P)REPRISE FINANCIAL
PO BOX 55889                       ATTN BANKRUPTCY                    ATTN BANKRUPTCY DEPARTMENT
JACKSON   MS 39296-5889            180 MIADEN LANE                    PO BOX 160
                                   STE 2801                           COPPELL   TX 75019
                                   NEW YORK   NY 10038-4968




REPRISE FINANCIAL                  RIVERTRUST FCU                     ROCKLOANS MARKETPLACE LLC DBA ROCKET
P O BOX 660252                     PO BOX 97997                       LOANS A
DALLAS   TX 75266-0252             PEARL   MS 39288-7997              SERVICER FOR CROSS RIVER BANK
                                                                      ROCKLOANS MARKETPLACE LLC
                                                                      1050 WOODWARD AVE
                                                                      DETROIT MI 48226-3573
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| ROCKET LOANS<br>ATTN BANKRUPTCY<br>1050 WOODWARD AVE<br>DETROIT  MI 48226-3573 | SHEFFIELD FINANCIAL CO<br>PO BOX 849<br>WILSON  NC 27894-0849 | SHEFFIELD FINANCIAL  A DIVISION OF<br>TRUIST BA<br>BANKRUPTCY SECTION 100500151<br>PO BOX 1847<br>WILSON  NC 27894-1847 |
| --- | --- | --- |
| (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | SYNCHRONY BANK<br>ATTN BANKRUPTCY<br>POB 965064<br>ORLANDO  FL 32896-5064 | (P)TRUSTMARK NATIONAL BANK<br>P O BOX 1928<br>BRANDON MS 39043-1928 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | US DEPT OF EDUCATION<br>PO BOX 5609<br>WILKES BARRE  PA 18773 | US DEPT OF EDUCATION<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| EXCLUDE<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | (P)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | UPSTART NETWORK INC<br>PO BOX 1503<br>SAN CARLOS  CA 94070-7503 |
| UPSTART NETWORK  INC<br>PO BOX 1931<br>BURLINGAME  CA 94011-1931 | DEBTOR<br>BRIAN SCOTT HODGE<br>132 PROVONCE PARK<br>BRANDON  MS 39042-5008 | LAURA BETH HODGE<br>132 PROVONCE PARK<br>BRANDON  MS 39042-5008 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | ~~EXCLUDE~~<br>~~TORRI PARKER MARTIN~~<br>~~TORRI PARKER MARTIN  CHAPTER 13~~<br>~~BANKRUPT~~<br>~~200 NORTH CONGRESS STREET  STE 400~~<br>~~JACKSON  MS 39201-1902~~ | |