IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:　　　　　　　　　　　　　　　　　　　　　CHAPTER 13:

**BRIAN SCOTT HODGE AND**
**LAURA BETH HODGE**　　　　　　　　　　　　　　　　　　　CASE NO. 25-01128-JAW

**TRUSTEE'S OBJECTION TO**
**DEBTORS' MOTION TO ADJUST PLAN PAYMENT**

COMES NOW, Semoune Ellis on behalf of Torri Parker Martin, the duly appointed and qualified Standing Trustee in the above cause and files this Objection to Debtors' Motion to Adjust Plan Payment (Docket #31) and would state to the Court as follows:

1. The Debtors' Motion proposes for the plan payment to be recalculated as all creditor and expected government claims have been filed.

2. The Debtors' sixty-month plan term was confirmed July 17, 2025 (Docket #23).

3. The deadline for filing non-government claims was July 10, 2025, and the deadline for filing government claims is October 28, 2025.

4. In July 2025, the monthly plan payment amount was adjusted from $5,528.00 to $5,399.34 to account for all timely filed claims and as part of the plan being confirmed.

5. Based on the Trustee's calculations and information, it is not in the best interest of estate for the plan payment to be recalculated as this will not allow for timely plan completion.

6. Additionally, the government claims bar date has not passed. If additional government claims are filed, the Trustee will assess the sufficient plan payment amount to satisfy the claim(s) and allow for timely plan completion.

**WHEREFORE, PREMISES CONSIDERED**, the Trustee prays that this Objection be received and filed, and at the hearing hereon an Order entered denying the Motion to Adjust Plan Payment; and any general relief to which the Trustee and this bankruptcy estate may be entitled.

DATED: August 20, 2025

    Respectfully Submitted,

/s/ Semoune Ellis
Semoune Ellis, MSB# 105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB# 103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

### CERTIFICATE OF SERVICE

I, Semoune Ellis, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Objection to the following, by electronic, ECF filing, and/or mail to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and

**Attorney for Debtors:**

**Thomas C. Rollins, Jr., MSB# 103469**
Jennifer A. Curry Calvillo, MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
      jennifer@therollinsfirm.com

DATED:  August 20, 2025

/s/Semoune Ellis
Semoune Ellis