

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 16, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF:**                                              **CHAPTER 13:**

**BRIAN SCOTT HODGE AND**
**LAURA BETH HODGE**                                    **CASE NO. 25-01128-JAW**

## <u>AGREED ORDER</u>
### <u>DENYING DEBTORS' MOTION TO ADJUST PLAN PAYMENT</u>

 **THIS MATTER** came before the Court on the Debtors' Motion to Adjust Plan Payment (Docket #31) and the Trustee's Objection (Docket #40). Thus, having considered the matters, and finding the parties in agreement, the Court finds the Debtors' Motion should be denied.

 **IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Debtors' Motion is hereby denied.

### ##END OF ORDER##

**SUBMITTED BY:**

/s/ Semoune Ellis
Semoune Ellis, MSB#105303
Staff Attorney for
Standing Chapter Thirteen Trustee
Torri Parker Martin, MSB #103938
200 North Congress Street, Suite 400
Jackson, MS 39201
Office: (601) 981-9100
Email: sellis@tpmartinch13.com

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., MSB# 103469
Jennifer A. Curry Calvillo,
MSB#104367
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
Office: 601-500-5533
Email: trollins@therollinsfirm.com
   jennifer@therollinsfirm.com