**Fill in this information to identify the case:**

Debtor 1: Brian Scott Hodge

Debtor 2: Laura Beth Hodge
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: 25-01128

Official Form 410S1

# Notice of Mortgage Payment Change           12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Trustmark

**Court claim no. (if known):** _____

**Last 4 digits of any number you use to identify the debtor's account:** 4 8 0 5

**Date of payment change:**
Must be at least 21 days after date of this notice: 11/01/2025

**New total payment:** $ 1,606.47
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 555.89      New escrow payment: $ 510.48

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %      New interest rate: _____ %

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Brian | Scott | Hodge | Case number (if known) 25-01128 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**X** _/s/ Tiffany Smith_  Date 09/19/2025
Signature

Print: Tiffany Smith   Title Bankruptcy Analyst
        First Name   Middle Name   Last Name

Company  Trustmark

Address  P. O. Box 522
         Number    Street

         Jackson                    MS      39205
         City                       State   ZIP Code

Contact phone  601-208-4489         Email _____

## ANALYSIS/REVIEW - PROJECTION STATEMENT  376    9/19/2025  2:07:25 PM ET    PFSP342

Account No _____      Statement: Type      ANNUAL      Date      09/15/25
SHORTAGE WAS SPREAD                        BKR

### Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 6057.03 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 504.75 | Cushion  C-1/6 | 654.54 |
| Cycle | 11/01/25 - 10/31/26 | RESPA Max 1/6 Cushion | 654.54 |
| Analysis Parameter Review | No | Loan Status Review | No |
| Anticipated Escrow Balance Detail | No | Current PITI | 1651.97 |
| | | PMI Termination Date | 00/00/00 |

### Results

| | | | |
|---|---|---|---|
| Lowpoint Month: 12/25 | Anticipated Bal  585.72 | Required Bal | 654.54 |
| SHORTAGE  -68.82 | DEFICIENCY  .00 | | |
| Current Escrow Shortage | -68.82 | Percentage of Change | -8.1837% |
| EA Shortage Spread Used | 12 | View Trial Balance Detail | No |

```
---- OLD ----    ------ PAYMENT DETAIL ------    --- NEW EFF 11/01/25 -
       1095.99   PRINCIPAL & INTEREST             1095.99
        555.98   ESCROW                            504.75
           .00   OPTIONAL INS                         .00
           .00   ANCILLARY                            .00
           .00   SHORTAGE                            5.73
           .00   DEFICIENCY                           .00
           .00   SURPLUS                              .00
           .00   ROUNDING    (+/ -)                   .00
           .00   BUYDOWN/ASST PMT                     .00
       1651.97   TOTAL BORROWER PAYMENT           1606.47
```

Message:                                        OK                                         MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT   376     9/19/2025  2:08:31 PM ET     PFSP344**

```
+---------------------------Trial   Balance  Detail  -----------------------------+
|    -- To  Escrow  --              -- From  Escrow  --      ---- Escrow  Balance ---- |
|    Month     Antciptd   Cpindex    Antciptd       Desc       ANTCIPTD     Required  |
|                          STARTING BALANCE =>      2511.23    2580.05                |
|    11/25      504.75      .00       177.48      FHA RI       2838.50     2907.32   |
|    12/25      504.75      .00       177.48      FHA RI          .00         .00    |
|                 .00       .00      2580.05      COUNTY        585.72      654.54   |
|    01/26      504.75      .00       177.48      FHA RI        912.99      981.81   |
|    02/26      504.75      .00       177.48      FHA RI       1240.26     1309.08   |
|    03/26      504.75      .00       177.48      FHA RI       1567.53     1636.35   |
|    04/26      504.75      .00       177.48      FHA RI       1894.80     1963.62   |
|    05/26      504.75      .00       177.48      FHA RI       2222.07     2290.89   |
|    06/26      504.75      .00       177.48      FHA RI       2549.34     2618.16   |
|    07/26      504.75      .00      1347.22      HAZARD          .00         .00    |
|                 .00       .00       177.48      FHA RI       1529.39     1598.21   |
|    08/26      504.75      .00       177.48      FHA RI       1856.66     1925.48   |
|    09/26      504.75      .00       177.48      FHA RI       2183.93     2252.75   |
|    10/26      504.75      .00       177.48      FHA RI       2511.20     2580.02   |
+--------------------------------------------------------------------------------+
```

Message:   CLICK RETURN TO EXIT                              OK                                    BOTTOM

## CERTIFICATE OF SERVICE

I, Tiffany Smith, do herby certify that I have this 19th day of September, 2025 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

**Torri Parker Martin**
tpm@tpmartinch13.com

Tiffany Smith
P.O. Box 522
Jackson, MS 39205

**Brian Scott Hodge**
**Laura Beth Hodge**
132 Provonce Park
Brandon, MS 39042

**Thomas Carl Rollins, Jr**
trollins@therollinsfirm.com