UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                               Bankr. Case No. 25-01128-JAW-13

Brian Scott Hodge and Laura Beth Hodge                                                Chapter 13
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

In re:                                                                                                                                              Bankr. Case No. 25-01128-JAW-13

Brian Scott Hodge and Laura Beth Hodge                                                     Chapter 13

        Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on September 13, 2025 :

| | |
|---|---|
| Thomas Carl Rollins, Jr<br>PO BOX 13767<br>Jackson, MS 39236 | Torri Parker Martin<br>Chapter 13 Bankruptcy Trustee<br>Post Office Box 31980<br>Jackson, MS 39216 |

                                                                                                                            By  /s/ Mandy Youngblood
                                                                                                                               Mandy Youngblood

xxxxx85948 / 1112205