

SO ORDERED,

**Judge Jamie A. Wilson**
United States Bankruptcy Judge
Date Signed: February 27, 2026

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

**IN THE MATTER OF:**  
**\*\*BRIAN SCOTT HODGE\*\***  
**LAURA BETH HODGE**  
**SS#:  XXX-XX-3522**

**CASE NO.: 25-01128-JAW**

### RELEASE OF WAGES

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

ROGERS DABBS CHEVROLET
ATTN PAYROLL DEPT
1501 W. GOVERNMENT STREET
BRANDON, MS 39042-0000

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): CASE DISMISSED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##