United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                                          Case No. 25-01128-JAW
Brian Scott Hodge                                                                 Chapter 13
Laura Beth Hodge
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-3                                    User: mssbad                                          Page 1 of 3
Date Rcvd: Feb 26, 2026                            Form ID: ntcds13v                                  Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Brian Scott Hodge, Laura Beth Hodge, 132 Provonce Park, Brandon, MS 39042-5008 |
| cr | + | AmeriCredit Financial Services, Inc. dba GM Financ, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 5506027 | + | Ashleigh Hodge, 132 Provonce Park, Brandon, MS 39042-5008 |
| 5506039 | + | Rivertrust FCU, Po Box 97997, Pearl, MS 39288-7997 |
| 5527973 | + | RockLoans Marketplace LLC dba Rocket Loans as, servicer for Cross River Bank, RockLoans Marketplace LLC, 1050 Woodward Ave, Detroit MI 48226-3573 |
| 5506048 | | US Dept of Education, PO Box 5609, Wilkes Barre, PA 18773 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PHINAMERI.COM | Feb 27 2026 00:34:00 | AmeriCredit Financial Services, Inc. dba GM Financ, PO Box 183853, Arlington, TX 76096-3853 |
| cr | | EDI: JEFFERSONCAP.COM | Feb 27 2026 00:34:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-9617 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 19:39:11 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| cr | | Email/Text: bankruptcynotices@trustmark.com | Feb 26 2026 19:30:00 | Trustmark, PO Box 522, Jackson, MS 39205 |
| 5509263 | | EDI: PHINAMERI.COM | Feb 27 2026 00:34:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 5539510 | + | EDI: AISACG.COM | Feb 27 2026 00:34:00 | Ally Capital Department, AIS Portfolio Services, LLC, Account: XXXXXXXX1019, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5532213 | + | EDI: AISACG.COM | Feb 27 2026 00:34:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5506026 | + | EDI: GMACFS.COM | Feb 27 2026 00:28:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5506028 | + | EDI: CAPITALONE.COM | Feb 27 2026 00:28:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5517562 | + | EDI: AIS.COM | Feb 27 2026 00:34:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5506029 | + | EDI: CITICORP | Feb 27 2026 00:34:00 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5506030 | + | EDI: CITICORP | | |

| District/off: 0538-3 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 26, 2026 | Form ID: ntcds13v | Total Noticed: 43 |

| Recip ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5506031 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 27 2026 00:34:00 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| | | | Feb 26 2026 19:39:11 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5506034 | | EDI: IRS.COM | Feb 27 2026 00:34:00 | Department of Treasury - Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5528515 | + | EDI: JEFFERSONCAP.COM | Feb 27 2026 00:34:00 | FinWise Bank, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 5528513 | + | EDI: JEFFERSONCAP.COM | Feb 27 2026 00:34:00 | FinWise Bank, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5506032 | + | EDI: PHINAMERI.COM | Feb 27 2026 00:34:00 | Gm Financial, 801 Cherry Street, Ste. 3600, Fort Worth, TX 76102-6855 |
| 5506033 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 26 2026 19:30:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Lockbox 6112, PO Box7247, Philadelphia, PA 19170-0001 |
| 5506035 | + | Email/Text: ebone.woods@usdoj.gov | Feb 26 2026 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5527853 | | EDI: JEFFERSONCAP.COM | Feb 27 2026 00:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5529181 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 19:39:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5510781 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 26 2026 19:39:11 | Luminarx Skyfi Iii Holdings 2025 Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5506042 | | Email/Text: EBN@Mohela.com | Feb 26 2026 19:30:00 | Sofi Lending Corp, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5506036 | + | Email/Text: jmiller@mutualcu.org | Feb 26 2026 19:30:00 | Mississippi Fed CU, P.O. Box 55889, Jackson, MS 39296-5889 |
| 5508720 | | Email/Text: bankruptcy@reprisefinancial.com | Feb 26 2026 19:30:00 | Reprise Financial, 8333 Ridgepoint Drive #150, Irving, TX 75063 |
| 5506037 | | ^ MEBN | Feb 26 2026 19:28:24 | Reach Financial, Attn: Bankruptcy, 180 Miaden Lane, Ste 2801, New York, NY 10038-4968 |
| 5506038 | | ^ MEBN | Feb 26 2026 19:28:34 | Reprise Financial, P O Box 660252, Dallas, TX 75266-0252 |
| 5506040 | + | Email/Text: OpsCompliance@RocketLoans.com | Feb 26 2026 19:30:00 | Rocket Loans, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5506041 | + | Email/Text: bankruptcy@bbandt.com | Feb 26 2026 19:30:00 | Sheffield Financial Co, Po Box 849, Wilson, NC 27894-0849 |
| 5515082 | | Email/Text: bankruptcy@bbandt.com | Feb 26 2026 19:30:00 | Sheffield Financial, a division of Truist Bank, Bankruptcy Section 100-50-01-51, PO Box 1847, Wilson, NC 27894-1847 |
| 5506043 | + | EDI: SYNC | Feb 27 2026 00:28:00 | Synchrony Bank, Attn: Bankruptcy, Pob 965064, Orlando, FL 32896-5064 |
| 5506044 | | Email/Text: bankruptcynotices@trustmark.com | Feb 26 2026 19:30:00 | Trustmark National, 248 East Capitol St, Jackson, MS 39201 |
| 5506045 | | Email/Text: bknotice@upgrade.com | Feb 26 2026 19:30:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, 23rd Floor, San Francisco, CA 94111 |
| 5506047 | | ^ MEBN | Feb 26 2026 19:28:17 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5506049 | + | Email/Text: ebone.woods@usdoj.gov | | |

District/off: 0538-3     User: mssbad     Page 3 of 3
Date Rcvd: Feb 26, 2026     Form ID: ntcds13v     Total Noticed: 43

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 26 2026 19:30:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5506046 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 26 2026 19:30:00 | Upstart Network Inc, P.o. Box 1503, San Carlos, CA 94070-7503 |
| 5508537 | + | Email/Text: UpStart@ebn.phinsolutions.com | Feb 26 2026 19:30:00 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 37

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5542280 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jacob C Zweig | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial jzweig@evanspetree.com, mstevens@evanspetree.com |
| Semoune L Ellis | on behalf of Trustee Torri Parker Martin sellis@tpmartinch13.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Laura Beth Hodge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Brian Scott Hodge trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form ntcds13v (12/23)

## UNITED STATES BANKRUPTCY COURT
### Southern District of Mississippi

Case No.: 25−01128−JAW
Chapter: 13

In re:
  Brian Scott Hodge                             Laura Beth Hodge
  aka Brian S Hodge                         132 Provonce Park
  132 Provonce Park                        Brandon, MS 39042
  Brandon, MS 39042

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
  xxx−xx−3522                                  xxx−xx−9175

Employer Tax Identification No(s). (if any):

### Notice of Dismissal

    You are hereby notified that on 02/26/2026, <u>Brian Scott Hodge and Laura Beth Hodge</u> (the "Debtors") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 49). On 02/26/2026, the court entered an *ex parte* order (Dkt. # 50) granting the Debtors' Motion.

    Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtors' Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.

Dated: 2/26/26                                           Danny L. Miller, Clerk of Court
                                                             Thad Cochran U.S. Courthouse
                                                             501 E. Court Street
                                                             Suite 2.300
                                                             Jackson, MS 39201
                                                             601−608−4600